UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Miami Division**

**CASE NO: 21-cv-21191-DPG**

MAURICIO USME, M.D., SAFETY OFFICER
LUKASZ ZUTEREK, CAROLINA VASQUEZ,
JAVIER PEREZ, JOHAN ORTIZ, LUZ GAVILAN
AND MARVIN PAZ

    *Plaintiffs*,

v.

CMI LEISURE MANAGEMENT, INC.;
CRUISE MANAGEMENT INTERNATIONAL, INC.,
and VIKAND SOLUTIONS, LLC.

    *Defendants*.
_____/

## NOTICE OF SETTLEMENT

The Plaintiffs MAURICIO USME, M.D., SAFETY OFFICER LUKASZ ZUTEREK, CAROLINA VASQUEZ, JAVIER PEREZ, JOHAN ORTIZ, LUZ GAVILAN and MARVIN PAZ, hereby notify this Honorable Court that all claims and causes of action between or among the parties have been amicably resolved. The parties are in the process of finalizing the settlement. Once the parties have exchanged the settlement documents for the settlement draft, the parties shall submit a Stipulation of Dismissal to the Court.

**Certificate of Good Faith**

Undersigned counsel certifies that pursuant to the local rules of court he has conferred with Defendant's counsel, who is in agreement to the filing of this Notice.

DATED: December 16, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2024, this document was electronically filed with the Clerk of the Court using CM/ECF and served by email transmission on William F. Clair, Jerry D. Hamilton, Annalisa Gutierrez, Evan Gutwein and Gilda Chavez, Hamilton, Miller & Birthisel, 150 S.E. 2nd Avenue, Suite 1200, Miami, Fla 33131.

                Respectfully submitted,

                **LOUIS A. VUCCI, P.A.**
                Louis A. Vucci
                Florida Bar No. 131581
                louis@thevuccilawgroup.com
                vuccilawgroup@gmail.com
                SunTrust International Center
                One S. E. Third Avenue
                Suite 3020
                Miami, Florida 33131

                Tel.: (305) 573-0125
                Fax.: (786) 536-7799

             By: /s/ Louis A. Vucci, Esq.
               Louis A. Vucci, Esq.
               Florida Bar No.: 131581

## SERVICE LIST
CASE NO. 1:21-cv-21191-DPG
United States District Court for the Southern District of Florida

| | |
|---|---|
| Louis A. Vucci, Esq. | HAMILTON, MILLER & BIRTHISEL, LLP |
| Florida Bar No. 131581 | 150 Southeast Second Avenue, Suite 1200 |
| louis@thevuccilawgroup.com | Miami, Florida 33131-2332 |
| Louis A. Vucci, P.A. | Telephone: (305) 379-3686 |
| 1 S.E. 3RD Ave., Suite 3020 | Fax: 305-379-3690 |
| Miami, Florida 33131 | Jerry D. Hamilton, Esq. |
| Tel: (305) 573-0125 | Florida Bar No. 970700 |
| Fax: (786) 536-7799 | jhamilton@hamiltonmillerlaw.com |
| | |
| *and* | William F. Clair, Esq. |
| | Florida Bar No.: 0693741 |
| Robert D. Peltz, Esq. | wclair@hamiltonmillerlaw.com |
| Florida Bar No. 220418 | |
| The Peltz Law Firm, P.A. | Annalisa Gutierrez, Esq. |
| P.O. Box 56-0003 | Florida Bar No.: 97940 |
| Miami, Fla. 33256 | agutierrez@hamiltonmillerlaw.com |
| Phone: 786-732-7219 | |
| RPeltzLaw@Gmail.com | Evan Gutwein, Esq. |

| | |
|---|---|
| *Attorneys for Plaintiff* | Florida Bar No.: 58741<br>egutwein@hamiltonmillerlaw.com<br><br>Gilda Chavez, Esq.<br>Florida Bar No.: 973173<br>gchavez@hamiltonmillerlaw.com<br><br>*Attorneys for Defendant* |